UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PREMIUM VALLEY PRODUCE, INC., a corporation; C & G FARMS, INC., a corporation; and MANN PACKING CO., INC., a corporation,<br><br>    Plaintiffs,<br> vs.<br><br>HAYES PRODUCE MARKETING, LP, a limited partnership; HAYES PRODUCE MARKETING, LLC, a limited liability company; and TIMOTHY J. HAYES, an individual,<br><br>    Defendants. | Case No. C-13-03658<br><br>**EXTENSION OF TEMPORARY RESTRAINING ORDER**<br><br>[Re Docket No. 22] |

  Plaintiffs move for an extension of the temporary restraining order, because, despite their diligent efforts, they have been unable to serve the defendant. Finding good cause, the court orders as follows:

  1. The hearing on plaintiff's Motion for Preliminary Injunction currently scheduled for August 19, 2013, at 9:00 a.m. shall be taken off calendar and continued approximately 7 days to August 26, 2013, at 9 a.m. before the

1

Honorable Ronald M. Whyte, United Stated District Judge in Courtroom 6, 4th Floor;

2. The temporary restraining order, Dkt. No. 19, will remain in effect until the hearing on August 26, 2013;

2. The following deadlines are set:

- August 19, 2013 deadline to personally serve defendants;
- August 21, 2013 deadline for defendants to file and personally serve plaintiffs' counsel an opposition to the Order to Show Cause, if any, and;
- August 23, 2013 deadline for plaintiffs to file and serve a reply to defendants' opposition, if any.

DATED:  August 16, 2013

_____
Ronald M. Whyte
U.S. DISTRICT COURT JUDGE