UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PREMIUM VALLEY PRODUCE, INC., a corporation; C & G FARMS, INC., a corporation; and MANN PACKING CO., INC., a corporation,<br><br>Plaintiffs,<br>vs.<br><br>HAYES PRODUCE MARKETING, LP, a limited partnership; HAYES PRODUCE MARKETING, LLC, a limited liability company; and TIMOTHY J. HAYES, an individual,<br><br>Defendants. | CASE NO. 5:13-cv-03658-RMW<br><br>[PROPOSED] ORDER RE EXTENSION OF TEMPORARY RESTRAINING ORDER<br><br>[Re Docket No. 26] |

Plaintiffs move for an extension of the temporary restraining order, because, despite their diligent efforts, they have been unable to serve the defendant. Finding good cause, the court orders as follows:

1. The hearing on plaintiffs' Motion for Preliminary Injunction shall be held on __September 5__, 2013 at _1:30 p_.m. before the Honorable Ronald M. Whyte, United States District Judge in Courtroom 6, 4th Floor;

1

2. The temporary restraining order, Docket No. 19, will remain in effect until the hearing on <u>September 5</u>, 2013;

3. The following deadlines are set:

- <u>September 3</u> deadline to serve defendants (2 days prior to the hearing)

- <u>September 5, 10 am</u> deadline for defendants to file and personally serve plaintiffs' counsel an opposition to the Order to Show Cause, at or before the hearing on the Order to Show Cause

<u>SO ORDERED.</u>

DATED: <u>8/27/2013</u>

<u>/s/ Ronald M. Whyte</u>
HON. RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE